UNITED STATES DISTRICT COURT EASTERN DISTRICT OF THE STATE OF NEW YORK        Record # 29159X

David Kennedy, on behalf of himself and others similarly situated in the proposed FLSA Collective Action,

                                      Plaintiff(s)      INDEX#   1:23-CV-02790-DLI-LB
           against                                                Date filed 4/14/2023

Imperial Security and Consultants LLC, ET AL,

                                      Defendant(s)

STATE OF NEW YORK                              COUNTY OF ALBANY      1537250

# SECRETARY OF STATE   -   AFFIDAVIT OF SERVICE

**PAUL J. SANTSPREE SR.** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **7/25/2023** at **1:05 PM**, at the office of the Secretary of State, of the State of New York in the City of Albany, New York at 99 Washington Avenue, he/she served a true copy of a

**SUMMONS IN A CIVIL ACTION, JURY TRIAL DEMANDED COMPLAINT, CONSENT TO SUE, CIVIL COVER SHEET,**

on **Imperial Security and Consultants LLC , Defendant** in this action.

By delivering to and leaving with **NANCY DOUGHERTY**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00, unless exempt by law. That said service was made pursuant to Section 303 LLC

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

**Description**        Description of the Recipient is as follows:

                        A Female with White skin, Brown hair, who is approximately 54 years of age
                        and has an approximate height of 5' 1" and approximate weight of 120 pounds.

                        Other identifying features are as follows: Glasses.

                        _[signature]_
                        PAUL J. SANTSPREE SR. - 7/27/2023
                        Process Server

State of New York
County of Albany

Sworn to before me on This 27 day of July 2023
_[signature]_
Notary Public - Emily M. Corbett

                                                    Michelle M. Santspree          Emily M. Corbett
                                                      Notary Public, State of New York  Notary Public, State of New York
                                                      NO. 01SA5047611                No. 01CO6299470
                                                      Qualified in Albany County        Qualified in Albany County
                                                      Commission Expires August 7, 2025  Commission Expires March 24, 2026

PREFERRED PROCESS SERVERS - 166-06 24th ROAD, LL - WHITESTONE, NY 11357 - 718-362-4890