UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

Attorney: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165

| | |
|---|---|
| DAVID KENNEDY, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION<br><br>vs<br><br>IMPERIAL SECURITY AND CONSULTANTS LLC, & JOHN MYRTLE<br><br>*Plaintiff*<br><br>*Defendant* | Index Number: 1:23-CV-02790-DLI-LB<br><br>Client's File No.: kennedy v. imperial<br><br>Court Date:<br><br>Date Filed: 04/14/2023 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
JEREMY COLEY, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 7/24/2023, at 5:51 PM at: **1159 EAST 37TH STREET, BROOKLYN, NY 11210** Deponent served the within **SUMMONS IN A CIVIL ACTION, JURY TRIAL DEMANDED COMPLAINT, CONSENT TO SUE, CIVIL COVER SHEET**

On: **JOHN MYRTLE**, Defendant therein named.

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 DESCRIPTION**

| Sex: Male | Color of skin: Black | Color of hair: Black | Glasses: |
|---|---|---|---|
| Age: 45 | Height: 6ft 1in - 6ft 5in | Weight: 201-250 Lbs | Other Features: |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

Sworn to before me on 07/25/2023

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified In Queens County
Term Expires, August 3, 2023

JEREMY COLEY
DCA License # 2112626

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*