**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

David Kennedy, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

Case No.: 1:23-cv-02790

                                 *Plaintiff*,

**CERTIFICATE OF DEFAULT**

           - against -

Imperial Security and Consultants LLC, and John Myrtle,

                            *Defendants*.

-----------------------------------------------------------------X

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants Imperial Security and Consultants LLC and John Myrtle have not filed an answer or otherwise moved with respect to the first amended complaint herein. The default of Imperial Security and Consultants LLC and John Myrtle, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
         December 5, 2023

                               Brenna B. Mahoney, Clerk of Court

                     By:   *Jalitza Poveda*
                                Deputy Clerk

1